# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN JEFFERSON VITALICH,<br><br>    Appellant,<br><br>v.<br><br>THE BANK OF NEW YORK, et al.,<br><br>    Appellees. | Case No. 16-cv-03867-BLF<br><br>**ORDER GRANTING APPELLANT'S REQUEST FOR VOLUNTARY DISMISSAL OF APPEAL; DISMISSING APPEAL; AND DIRECTING CLERK TO CLOSE FILE** |

Appellant's Request for Voluntary Dismissal of this appeal (ECF 22) is GRANTED. The appeal is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 10, 2017

_____
BETH LABSON FREEMAN
United States District Judge